UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 09-35856 |
|---|---|
| ANDRZEJ PIEPRZYK<br>YVONNE H PIEPRZYK<br>Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2009.

2) The plan was confirmed on 12/09/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/22/2010, 06/01/2011, 06/27/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/16/2010, 11/23/2011.

5) The case was completed on 10/03/2014.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,980.00.

10) Amount of unsecured claims discharged without payment: $160,634.04.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $57,496.57 |
| Less amount refunded to debtor | $720.57 |
| **NET RECEIPTS:** | **$56,776.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,454.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,082.82 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,536.82** |

Attorney fees paid and disclosed by debtor:    $1,046.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED RADIOLOGY ASSOCIATI | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING | Secured | NA | 12,257.63 | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING | Secured | 199,000.00 | 293,933.35 | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING | Unsecured | 104,000.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL FLORIDA INVESTMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 670.00 | 1,181.40 | 1,181.40 | 203.60 | 0.00 |
| CLERK OF THE CIRCUIT COURT | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| CLOCK TOWER POINT CONDO ASSO | Secured | 779.00 | 0.00 | 155.80 | 155.80 | 0.00 |
| CLOCK TOWER POINT CONDO ASSO | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | NA | 978.67 | 978.67 | 168.67 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 978.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF KENOSHA | Secured | NA | 86.86 | 86.86 | 0.00 | 0.00 |
| COX COMMUNICATIONS | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| DAIMLER CHRYSLER FINANCIAL | Unsecured | 0.00 | 20,880.84 | 20,880.84 | 3,598.64 | 0.00 |
| DANEK MD BEATA | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATL BK MACY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC RADIOLOGY SPECIALIS | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GARCIA ROSENBERG & ASSOC | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 6,927.00 | NA | NA | 0.00 | 0.00 |
| GEMB/CARE CREDIT | Unsecured | 5,789.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 3,500.00 | 3,311.67 | 3,311.67 | 3,311.67 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 500.56 | 500.56 | 86.27 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 12,421.46 | 12,421.46 | 2,140.74 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 12,000.00 | 10,721.98 | 10,721.98 | 10,721.98 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 123.50 | 123.50 | 21.28 | 0.00 |
| LVNV FUNDING | Unsecured | 0.00 | 570.41 | 570.41 | 98.31 | 0.00 |
| MDU COMMUNICATION | Unsecured | 14.07 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,323.00 | NA | NA | 0.00 | 0.00 |
| NORTH CENTRAL RADIOLOGY | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 10,000.00 | 28,417.61 | 28,000.00 | 28,000.00 | 2,660.25 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 18,000.00 | 0.00 | 417.61 | 71.97 | 0.00 |
| RMC EMERGENCY PHYSICIANS | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| SCH LABORATORY PHYS S C | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| SCH LABORATORY PHYS S C | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 4,102.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH EMERGENCY ASSOC | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH EMERGENCY ASSOC | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $28,000.00 | $28,000.00 | $2,660.25 |
| All Other Secured | $242.66 | $155.80 | $0.00 |
| **TOTAL SECURED:** | **$28,242.66** | **$28,155.80** | **$2,660.25** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $14,033.65 | $14,033.65 | $0.00 |
| **TOTAL PRIORITY:** | **$14,033.65** | **$14,033.65** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,074.45** | **$6,389.48** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,536.82 |
| Disbursements to Creditors | $51,239.18 |
| **TOTAL DISBURSEMENTS** : | **$56,776.00** |

**UST Form 101-13-FR-S (09/01/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/09/2015                    By: /s/ Tom Vaughn
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**